AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2007

**OFFENSE CHARGED**
21 U.S.C. 846 -- Conspiracy to Distribute Controlled Substances;
21 U.S.C. 841(a)(1) -- Distribution of Controlled Substances; 18 U.S.C. 2 -- Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See attached

E-filing

**DEFENDANT - U.S.**
▶ MARVIN L. TAMONTE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT COURT NUMBER**
CR07-0792  DLJ

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☑ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☑ Defense

SHOW DOCKET NO.
CR-03-40200-SBA

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) GEORGE L. BEVAN JR.

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: $250,000

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT

Count One – Conspiracy, 21 U.S.C. § 846

Life imprisonment, with a 10-year mandatory minimum; $4 million fine; at least 5 years supervised release; and $100 special assessment.

Count Two – Distribution of MDMA/Ecstacy, 21 U.S.C. § 841(a)(1)

20 years imprisonment; $1 million fine; at least 3 years supervised release, and $100 special assessment.

Count Three – Distribution of MDMA/Ecstacy, 21 U.S.C. § 841(a)(1)

20 years imprisonment; $1 million fine; at least 3 years supervised release, and $100 special assessment.

Count Four – Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)

Life imprisonment, with a 10-year mandatory minimum; $4 million fine; at least 5 years supervised release; and $100 special assessment.

Count Five – Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)

Life imprisonment, with a 10-year mandatory minimum; $4 million fine; at least 5 years supervised release; and $100 special assessment.

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-0792 DLJ

UNITED STATES OF AMERICA,

V.

MARVIN L. TAMONTE,

E-filing

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATIONS:
21 U.S.C. § 846- Conspiracy to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1)-Distribution of Controlled Substances; 18 U.S.C. § 2- Aiding and Abetting

---

A true bill.

_____ Foreman

Filed in open court this 13th day of December, 2007

_____ Clerk

Bail, $ Summons promptly -

Wayne D. Brazil    12-13-07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARVIN L. TAMONTE, <br> Defendant. | No. CR07-0792 DLJ <br><br> VIOLATIONS: 21 U.S.C. § 846 -- Conspiracy to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1) -- Distribution of Controlled Substances; 18 U.S.C. § 2 – Aiding and Abetting. <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances)

    Beginning no later than in or about May 2003 and continuing until July 2003, in the Northern District of California, the defendant,

MARVIN L. TAMONTE,

did knowingly conspire with Naresh K. Nayyar and others to distribute controlled substances, namely, at least 221 grams (1,300 tablets) of a substance and mixture

containing 3,4-methylenedioxymethamphetamine ("MDMA" or "ecstasy"), and at least 50 grams of actual methamphetamine, each Schedule I controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

COUNT TWO: (21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of MDMA; Aiding and Abetting)

On or about May 14, 2003, in the Northern District of California, the defendant, MARVIN L. TAMONTE, did knowingly and intentionally distribute, and did aid and abet the distribution of, a Schedule I controlled substance, namely, approximately 106.3 grams (498 tablets) of a substance and mixture containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA" or "ecstasy") in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE: (21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of MDMA; Aiding and Abetting)

On or about May 28, 2003, in the Northern District of California, the defendant, MARVIN L. TAMONTE, did knowingly and intentionally distribute, and did aid and abet the distribution of, a Schedule I controlled substance, namely, approximately 114.7 grams (799 tablets) of a substance and mixture containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA" or "ecstasy") in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

//
//
//
//

1 | COUNT FOUR: (21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of
2 | Methamphetamine; Aiding and Abetting)
3 | On or about June 11, 2003, in the Northern District of California, the defendant,
4 | MARVIN L. TAMONTE,
5 | did knowingly and intentionally distribute, and did aid and abet the distribution of, a
6 | Schedule I controlled substance, namely, approximately 107.1 grams of actual
7 | methamphetamine in violation of Title 21, United States Code, Section 841(a)(1) and
8 | Title 18, United States Code, Section 2.
9 |
10 | COUNT FIVE: (21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of
11 | Methamphetamine; Aiding and Abetting)
12 | On or about July 15, 2003, in the Northern District of California, the defendant,
13 | MARVIN L. TAMONTE,
14 | did knowingly and intentionally distribute, and did aid and abet the distribution of, a
15 | Schedule I controlled substance, namely, approximately 346.4 grams of actual
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

1  methamphetamine in violation of Title 21, United States Code, Section 841(a)(1) and
2  Title 18, United States Code, Section 2.
3
4
5  DATED: December 13th, 2007                A TRUE BILL.
6
7                                            /s/
8                                            FOREPERSON
9
10 SCOTT N. SCHOOLS
   United States Attorney
11
12 /s/
   DOUGLAS SPRAGUE
13 Chief, Oakland Division
14
15 (Approved as to form: /s/  )
         AUSA  GLBEVANJR
16
17
18
19
20
21
22
23
24
25
26
27
28