1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | STEPHEN G. CORRIGAN (MASBN 100560)
JAMES C. MANN (CABN 221603)

5 | Assistant United States Attorneys

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612

7 | Telephone: (510) 637-3680
Facsimile: (510) 637-3724

8 | E-Mail:    Stephen.Corrigan@usdoj.gov
           James.C.Mann@usdoj.gov

9 | Attorneys for Plaintiff

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,                )
                                            )    No. CR-03-40200 SBA
14 |               Plaintiff,                 )
                                            )    Indictment Filed On September 25, 2003
15 |          v.                             )    And Dismissed Without Prejudice On
                                            )    July 31, 2007
16 | MARVIN LARGO TAMONTE,                    )
                                            )    (Oakland Venue)
17 |               Defendant.                 )
    _____   )
18 |

19 | UNITED STATES OF AMERICA,                )
                                            )
20 |               Plaintiff,                 )    No. CR-07-0792 DLJ
                                            )
21 |          v.                             )    Indictment Filed On December 13, 2007
                                            )
22 | MARVIN L. TAMONTE,                       )    **NOTICE OF RELATED CASE
                                            )    IN A CRIMINAL ACTION**
23 |               Defendant.                 )
    _____   )    (Oakland Venue)
24 |

25 |     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26 | that the two above-captioned criminal cases are related.  The more recent indictment in Case No.

27 | CR-07-0792 DLJ filed on December 13, 2007 involves the same defendant and events as the

28 | indictment in CR-03-40200 SBA, previously pending before the Honorable Sandra Brown

NOTICE OF RELATED CASES
U.S. v. MARVIN L. TAMONTE

1 | Armstrong.

2 | On September 25, 2003, Defendant Marvin Largo Tamonte was charged by indictment in

3 | Case No. CR-03-40200 SBA with conspiracy to distribute MDMA in violation of 21 U.S.C. §

4 | 846, possession with the intent to distribute MDMA in violation of 21 U.S.C. 841(a)(1), and

5 | possession with the intent to distribute methamphetamine in violation of 21 U.S.C. 841(a)(1) (2

6 | counts). That matter was pending before the Honorable Sandra Brown Armstrong until July 31,

7 | 2007 when it was dismissed *without prejudice* for Speedy Trial Act violations. See Docket Nos.

8 | 137-38, Case No. CR-03-40200 SBA. Following dismissal, on December 13, 2007, the grand

9 | jury indicted Defendant Tamonte in Case No. CR-07-0792 DLJ for the same or similar conduct

10 | as that at issue in Case No. CR-03-40200 SBA. In the most recent indictment, the grand jury

11 | charged Defendant Tamonte with conspiracy to distribute MDMA in violation of 21 U.S.C. §

12 | 846, distribution of MDMA in violation of 21 U.S.C. 841(a)(1) (2 counts), and distribution of

13 | methamphetamine in violation of 21 U.S.C. 841(a)(1) (2 counts).

14 | Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)

15 | because they involve the same defendant and the same or similar events. Furthermore, the cases

16 | are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the

17 | newly filed case would likely involve substantial duplication of labor undertaken previously by

18 | the Court in the first-filed case.

19 | Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that

20 | assignment of these cases to a single judge is likely to conserve judicial resources and promote an

21 | efficient determination of the later-filed, now pending, indictment.

22 |

23 | Date: January 8, 2008                    Respectfully Submitted,

24 |                                         JOSEPH P. RUSSONIELLO

25 |

26 |

27 |                                         STEPHEN G. CORRIGAN
   |                                         Assistant United States Attorney

28 |

NOTICE OF RELATED CASES
U.S. v. MARVIN L. TAMONTE                    2