JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
JAMES C. MANN (CSBN 221603)
Assistant United States Attorneys

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Phone: 510/637-3680
   Fax: 510/637-3724
   E-mail: stephen.corrigan@usdoj.gov
         james.c.mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 03-40200 SBA |
|---|---|---|
| Plaintiff, | ) | CR 07-0792 DLJ |
| v. | ) | |
| MARVIN L. TAMONTE, | ) | SUBSTITUTION OF ATTORNEYS |
| Defendants. | ) | |

    Please take notice that as of January 8, 2008, the Assistant United States Attorneys whose names, address, telephone number and email addresses are listed below are assigned to be counsel for the government.

////

////

////

SUBSTITUTION OF ATTORNEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STEPHEN G. CORRIGAN
JAMES C. MANN
Assistant United States Attorneys
1301 Clay Street; Suite 340-S
Oakland, California 94612
Phone: 510/637-3680
Fax: 510/637-3724
E-mail: stephen.corrigan@usdoj.gov
james.c.mann@usdoj.gov

DATED: January 9, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
STEPHEN G. CORRIGAN
JAMES C. MANN
Assistant United States Attorneys

SUBSTITUTION OF ATTORNEY