JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:      Stephen.Corrigan@usdoj.gov
              James.C.Mann@usdoj.gov

Attorneys for Plaintiff

<center>UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION</center>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARVIN L. TAMONTE, ) <br> ) <br>    Defendant. ) <br>_____ ) | No. CR-07-0792 SBA <br><br> STIPULATED REQUEST TO SET STATUS HEARING DATE ON FEBRUARY 19, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:  February 19, 2008 <br> Time:  9:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

     The above-captioned matter was set on February 8, 2008 before the Honorable D. Lowell Jensen for an initial appearance.  On January 16, 2008, this Court issued an order relating the case; and on January 17, 2008, the initial appearance before the Honorable D. Lowell Jensen was therefore vacated.  The parties request that this Court set a status hearing in this matter on February 19, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 19, 2008.

     This Court informed the parties that it would be available for a status hearing on February 5, 2008 or February 19, 2008.  Defense counsel is not available on February 5, 2008. Therefore, the parties request that the status hearing be set for February 19, 2008 and that time

STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 19, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

1  be excluded under the Speedy Trial Act for continuity of counsel pursuant to 18 U.S.C. §
2  3161(h)(8)(B)(iv).
3         Additionally, given that Defendant Tamonte was arraigned on January 11, 2008, the
4  parties require time to exchange and review discovery and to effectively prepare for the status
5  hearing, taking into account the exercise of due diligence.  Therefore, the parties stipulate and
6  request that the Court exclude time between the date of this stipulation and February 19, 2008
7  under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. §
8  3161(h)(8)(B)(iv).  Undersigned defense counsel represents that he has spoken with his client,
9  Mr. Tamonte, and that Mr. Tamonte agrees to this request.

11 DATED: January 28, 2008

14  _____/s/_____          _____/s/_____
    STEPHEN G. CORRIGAN              JAMES BUSTAMANTE
    JAMES C. MANN                    Counsel for Marvin L. Tamonte
15  Assistant United States Attorneys
    Counsel for United States

STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 19, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARVIN L. TAMONTE,<br><br>    Defendant. | No. CR-07-0792 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET STATUS HEARING DATE ON FEBRUARY 19, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   February 19, 2008<br>Time:  9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that a status hearing in this matter be set on February 19, 2008, and that time be excluded under the Speedy Trial Act between January 28, 2008 and February 19, 2008 to allow for continuity of counsel and the effective preparation of counsel for the reasons set forth in the parties' stipulated request. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is set for February 19, 2008 at 9:00 a.m., and that time between January 28, 2008 and February 19, 2008 is excluded under the Speedy Trial Act to allow for continuity of counsel and the effective preparation of

////

////

STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 19, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

counsel, taking into account the exercise of due diligence.

DATED:_________________

_____________________________
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 19, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA