01/30/2008 14:50 FAX 5106375507   Case 4:07-cr-00792-SBA   Document 9   FED PUBLIC DEFENDER   Filed 01/31/2008   → OAK US ATTY   Page 1 of 2   ☒002

JAN-30-2008 14:40        US ATTY SF                                    4366927    P.02

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )  No. CR07-00062 MJJ
13                                  )
           Plaintiff,                )  STIPULATION AND [PROPOSED]
14                                  )  ORDER TO CONTINUE THE
       v.                           )  SENTENCING PROCEEDING
15                                  )
   MARK RICHARDSON,                 )
16                                  )
           Defendant.                )
17 _____)

18

19     Plaintiff United States of America, by and through its counsel of record, Assistant United
20 States Attorney Deborah R. Douglas, and defendant Mark Richardson, by and through his counsel
21 of record, Assistant Federal Public Defender Hilary Fox, hereby stipulate as follows:
22     1. On November 9, 2007, defendant entered a guilty plea to count one of the captioned
23 indictment charging Conspiracy to Commit Fraud and Related Activity in Connection with Access
24 Devices, in violation of 18 U.S.C. § 371. Defendant's sentencing proceeding is currently scheduled
25 for February 15, 2008 at 2:30 p.m. in Oakland.
26
27
28

   STIPULATION AND ORDER
   CR07-00062 MJJ

2. For the reason set forth in paragraph 11(e) of the plea agreement, the parties stipulate and request that defendant's sentencing proceeding be continued from February 15, 2008 to March 14, 2008 at 2:30 p.m. in Oakland. Co-defendant Elijah Baker is scheduled to enter a guilty plea on February 29, 2008 at 2:30 p.m.

3. Probation Officer Christina Carrubba has informed the undersigned Assistant United States Attorney that she is available on March 14, 2008 at 2:30 p.m. That date, March 14, 2008, is Hilary Fox's last day as an Assistant Federal Public Defender.

Dated: 1/30/08

DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: 1/30/08

HILARY FOX
Attorney for Defendant

## ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT defendant's sentencing proceeding, currently scheduled for February 15, 2008 at 2:30 p.m., shall be continued to March 14, 2008 at 2:30 p.m. in Oakland.

IT IS SO ORDERED.

Dated:_____

HONORABLE MARTIN J. JENKINS
United States District Court Judge

STIPULATION AND ORDER
CR07-00062 MJJ                              2