1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASBN 100560)
   JAMES C. MANN (CABN 221603)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612
7     Telephone:  (510) 637-3680
      Facsimile:   (510) 637-3724
8     E-Mail:     Stephen.Corrigan@usdoj.gov
                  James.C.Mann@usdoj.gov
9

10 Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           OAKLAND DIVISION

14 UNITED STATES OF AMERICA,           )   No. CR-07-0792 SBA
                                       )
15       Plaintiff,                    )   AMENDED STIPULATED REQUEST TO
                                       )   SET STATUS HEARING DATE ON
16    v.                               )   FEBRUARY 26, 2008 AND TO EXCLUDE
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
17 MARVIN L. TAMONTE,                  )
                                       )   Date:    February 26, 2008
18       Defendant.                    )   Time:    9:00 a.m.
                                       )   Court:   Hon. Saundra Brown
19 _____)            Armstrong

20      The above-captioned matter was set on February 8, 2008 before the Honorable D. Lowell

21 Jensen for an initial appearance. On January 16, 2008, this Court issued an order relating the

22 case; and on January 17, 2008, the initial appearance before the Honorable D. Lowell Jensen was

23 therefore vacated. The parties request that this Court set a status hearing in this matter on

24 February 26, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act

25 between the date of this stipulation and February 26, 2008.

26      This Court informed the parties that it would be available for a status hearing on February

27 5, 2008, February 19, 2008, February 26, 2008, or March 4, 2006.  Defense counsel was not

28 available on February 5, 2008 and is not available on February 19, 2008.  Therefore, the parties

AMEND. STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 26, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

1  request that the status hearing be set for February 26, 2008 and that time be excluded under the
2  Speedy Trial Act for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
3          Additionally, given that Defendant Tamonte was arraigned on January 11, 2008, the
4  parties require time to exchange and review discovery and to effectively prepare for the status
5  hearing, taking into account the exercise of due diligence.  Therefore, the parties stipulate and
6  request that the Court exclude time between the date of this stipulation and February 26, 2008
7  under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. §
8  3161(h)(8)(B)(iv).  The parties agree the ends of justice served by granting the continuance
9  outweigh the best interests of the public and the defendant in a speedy trial.  Undersigned defense
10 counsel represents that he has spoken with his client, Mr. Tamonte, and that Mr. Tamonte agrees
11 to this request.

13 DATED: February 6, 2008

16   /s/
STEPHEN G. CORRIGAN
JAMES C. MANN
17 Assistant United States Attorneys
Counsel for United States

  /s/
JAMES BUSTAMANTE
Counsel for Marvin L. Tamonte

1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                           NORTHERN DISTRICT OF CALIFORNIA
10                                    OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0792 SBA |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | AMENDED STIPULATED REQUEST TO |
| v. ) | SET STATUS HEARING DATE ON |
| ) | FEBRUARY 26, 2008 AND TO EXCLUDE |
| MARVIN L. TAMONTE, ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | Date:  February 26, 2008 |
| ) | Time:  9:00 a.m. |
| ) | Court: Hon. Saundra Brown Armstrong |
| _____ ) | |

The parties jointly requested that a status hearing in this matter be set on February 26, 2008, and that time be excluded under the Speedy Trial Act between February 6, 2008 and February 26, 2008 to allow for continuity of counsel and the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is set for February 26, 2008 at 9:00 a.m., and that time between February 6, 2008 and February 26, 2008 is excluded

AMEND. STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 26, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

1  under the Speedy Trial Act to allow for continuity of counsel and the effective preparation of
2  counsel, taking into account the exercise of due diligence.
3
4  DATED:_____
                                                    _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
5                                                   United States District Judge

AMEND. STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 26, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA