UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARVIN L. TAMONTE, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | No. CR-07-0792 SBA <br><br> ORDER GRANTING AMENDED STIPULATED REQUEST TO SET STATUS HEARING DATE ON FEBRUARY 26, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:  February 26, 2008 <br> Time:  9:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that a status hearing in this matter be set on February 26, 2008, and that time be excluded under the Speedy Trial Act between February 6, 2008 and February 26, 2008 to allow for continuity of counsel and the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is set for February 26, 2008 at 9:00 a.m., and that time between February 6, 2008 and February 26, 2008 is excluded

AMEND. STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 26, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

1 under the Speedy Trial Act to allow for continuity of counsel and the effective preparation of
2 counsel, taking into account the exercise of due diligence.
3
4 DATED:_2/11/08                                    _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
5                                                   United States District Judge

AMEND. STIP. REQ. TO SET STATUS HEARING ON FEBRUARY 26, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA