UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 07-0792 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING; AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MARVIN LARGO TAMONTE, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed to between the United States of America, by and through counsel, James C. Mann and Stephen G. Corrigan, Assistant United States Attorneys, and defendant, Marvin Tamonte, by and through counsel, James Bustamante, that the status hearing before the Honorable Judge Saundra Brown Armstrong be continued from February 26, 2008 at 9:00 a.m. to March 4, 2008 at 9:00 a.m.

This request for an Order to continue this status conference is due to the unavailability of counsel for Marvin Tamonte. James Bustamante is presently in a jury trial, People v. Shrum (Case No. RIF 120928), in Riverside County, California.

Therefore, the parties request that the status hearing in this matter be set for March 4, 2008 and that time be excluded between the date of this stipulation and March 4, 2008, under the Speedy Trial Act to allow for continuity of counsel pursuant

1

1  to 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree the ends of
2  justice served by granting the continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.
4  Undersigned defense counsel represents that he has spoken with
5  his client, Mr. Tamonte, and that Mr. Tamonte agrees to this
6  request.

8  /S/JAMES BUSTAMANTE                    /S/JAMES MANN
   JAMES BUSTAMANTE                       JAMES MANN
9  Attorney for Defendant TAMONTE         STEPHEN CORRIGAN
   Dated: February 25, 2008               Assistant U.S. Attorney
10                                         Dated: February 25, 2008

13       **IT IS SO ORDERED.**

14  Dated: 2/26/08
                                          _Saundra B Armstrong_
15                                         SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

2