**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 3/4/08

CR 07-00792 SBA          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MARVIN TAMONTE**         Present (X) Not Present ( ) In Custody ( )
   **DEFENDANT(S)**

<u>JAMES MANN</u>          <u>JAMES BUSTAMONTE</u>
**U.S. ATTORNEY**          **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:** Lisa R. Clark         <u>DIANE SKILLMAN</u>
                                                          **Court Reporter**

Interpreter                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**     STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON THE ADEQUATE PREPARATION OF COUNSEL UNTIL 4/8/08; COUNSEL TO MEET AND CONFER REGARDING REVISING THE PROTECTIVE ORDER SIGNED BY THE COURT

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>4/8/08</u> **for** <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to** _____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by** _____ Opposition by _____ Reply by _____
**Case Continued to** _____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due** _____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
**Case Continued to** _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to** _____ for Change of Plea @ 11:00 a.m.
**cc:**