**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/8/08

CR 07-00792SBA    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**TAMONTE**    Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u>JAMES MANN</u>    <u>JAMES BUSTAMONTE</u>
U.S. ATTORNEY    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark    <u>DIANE SKILLMAN</u>
    Court Reporter

Interpreter    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/29/08

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  4/29/08  for **Further Status/Trial Setting/ Motion Setting/Evidentiary** Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: