1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASBN 100560)
   JAMES C. MANN (CABN 221603)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612
7     Telephone:  (510) 637-3680
      Facsimile:  (510) 637-3724
8     E-Mail:     Stephen.Corrigan@usdoj.gov
                  James.C.Mann@usdoj.gov
9

10 Attorneys for Plaintiff

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14 UNITED STATES OF AMERICA,        )    No. CR-07-0792 SBA
                                    )
15           Plaintiff,             )    STIPULATED REQUEST TO CONTINUE
                                    )    HEARING DATE TO JUNE 3, 2008 AND
16    v.                            )    TO EXCLUDE TIME UNDER THE
                                    )    SPEEDY TRIAL ACT
17 MARVIN L. TAMONTE,               )
                                    )    Date:     April 29, 2008
18           Defendant.             )    Time:     9:00 a.m.
                                    )    Court:    Hon. Saundra Brown
19 _____  )              Armstrong

20       The above-captioned matter is set on April 29, 2008 before this Court for a status

21 hearing.  The parties request that this Court continue the hearing to June 3, 2008 at 9:00 a.m. and

22 that the Court exclude time under the Speedy Trial Act between the date of this stipulation and

23 June 3, 2008.

24       Defendant requested that the government review and produce certain discovery, some of

25 which is not presently in the government's possession.  The government needs time to obtain and

26 review the information requested by Defendant.  Additionally, the parties need time to discuss

27 Defendant's discovery requests in further detail.  Furthermore, one of the attorneys for the

28 government is out of the country from May 18, 2008 through May 28, 2008.  The requested

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 3, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

1    extension is not sought for delay.  The parties agree the ends of justice served by granting the

2    continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    Undersigned defense counsel represents that he has spoken with his client, Mr. Tamonte, and

4    that Mr. Tamonte agrees to this request.  Therefore, the parties further stipulate and request that

5    the Court exclude time between the date of this stipulation and June 3, 2008 under the Speedy

6    Trial Act for effective preparation of counsel, continuity of government counsel, and pursuant to

7    18 U.S.C. § 3161(h)(8)(B)(iv).

8

9    DATED: April 25, 2008

10

11

12    _____/s/_____        _____/s/_____
      STEPHEN G. CORRIGAN             JAMES BUSTAMANTE
13    JAMES C. MANN                   Counsel for Marvin L. Tamonte
      Assistant United States Attorneys
14    Counsel for United States

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )     No. CR-07-0792 SBA
                                       )
12          Plaintiff,                 )     [PROPOSED] ORDER GRANTING
                                       )     STIPULATED REQUEST TO CONTINUE
13  v.                                 )     HEARING DATE TO JUNE 3, 2008 AND
                                       )     TO EXCLUDE TIME UNDER THE
14  MARVIN L. TAMONTE,                 )     SPEEDY TRIAL ACT
                                       )
15          Defendant.                 )     Date:      April 29, 2008
                                       )     Time:      9:00 a.m.
16                                     )     Court:     Hon. Saundra Brown
                                       )                Armstrong
17  _____)

18

19      The parties jointly requested that the hearing in this matter be continued from April 29, 2008

20  to June 3, 2008, and that time be excluded under the Speedy Trial Act between April 25, 2008

21  and June 3, 2008 to allow for the effective preparation of counsel, taking into account the

22  exercise of due diligence, and continuity of government counsel.  Defendant requested that the

23  government review and produce certain discovery, some of which is not presently in the

24  government's possession.  The government needs time to obtain and review the information

25  requested by Defendant.  Additionally, the parties need time to discuss Defendant's discovery

26  requests in further detail.  Furthermore, one of the attorneys for the government is out of the

27  country from May 18, 2008 through May 28, 2008.  For these stated reasons, the Court finds that

28  the ends of justice served by granting the continuance outweigh the best interests of the public

1    and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §

2    3161(h)(8)(B)(iv),

3        **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

4    April 29, 2008 to June 3, 2008, and that time between April 25, 2008 and June 3, 2008 is

5    excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into

6    account the exercise of due diligence, and continuity of government counsel.

7

8    DATED:_____           _____

9                                                HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28