UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0792 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 3, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MARVIN L. TAMONTE, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:     April 29, 2008<br>Time:     9:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

    The parties jointly requested that the hearing in this matter be continued from April 29, 2008 to June 3, 2008, and that time be excluded under the Speedy Trial Act between April 25, 2008 and June 3, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of government counsel. Defendant requested that the government review and produce certain discovery, some of which is not presently in the government's possession. The government needs time to obtain and review the information requested by Defendant. Additionally, the parties need time to discuss Defendant's discovery requests in further detail. Furthermore, one of the attorneys for the government is out of the country from May 18, 2008 through May 28, 2008. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 3, 2008 AND TO EXCLUDE TIME
No. CR-07-0792 SBA

1  and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §
2  3161(h)(8)(B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4  April 29, 2008 to June 3, 2008, and that time between April 25, 2008 and June 3, 2008 is
5  excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
6  account the exercise of due diligence, and continuity of government counsel.

8  DATED:4/25/08                           _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
9                                                              United States District Judge