UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

  v.

MARVIN LARGO TAMONTE,

    Defendant.

CR 4:07-CR-0792 SBA

STIPULATION AND [PROPOSED] TRAVEL ORDER

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Marvin Largo Tamonte may travel outside the Northern District of California, from May 29 through June 1, 2008, to Las Vegas, Nevada.

Pretrial Services Officer Paul Mamaril advised that Marvin Tamonte is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein. Marvin Tamonte agrees that prior to travel he must provide Pretrial Services with his flight itinerary and hotel information prior to travel.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAMONTE
Dated: May 20, 2008

/S/STEVE CORRIGAN
STEVE CORRIGAN
Assistant U.S. Attorney
Dated: May 20, 2008

**IT IS SO ORDERED.**

Dated:

WAYNE D. BRAZIL
United States Magistrate Judge