UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/3/08

CR 07-00792SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**TAMONTE**                                   Present (X)  Not Present ( )  In Custody ( )
    **DEFENDANT(S)**

<u>STEVE CORRIGAN</u>                        <u>ALEXANDRA RRAHN</u>
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                  <u>DIANE SKILLMAN</u>
                                                             Court Reporter

 Interpreter                                  Probation Officer

**PROCEEDINGS**

<u>**REASON FOR HEARING: STATUS - HELD**</u>
<u>**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 6/17/08**</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>6/17/08</u> for/ Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: