UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/17/08

CR 07-00792SBA                         JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>


**TAMONTE**                           Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)


<u>JAMES MANN</u>                              <u>JAMES BUSTAMONTE</u>
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark             <u>STARR WILSON</u>
                                        Court Reporter


 Interpreter                           Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/8/08**


**JUDGMENT:**


**PROCEEDINGS**

**Case Continued to <u>7/8/08</u>   for Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for _____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____ for Change of Plea @ 11:00 a.m.**
**cc:**