UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARVIN LARGO TAMONTE,<br><br>　　　　Defendant.<br>_____/ | CR 4:07-CR-0792 SBA<br><br>STIPULATION AND<br>TRAVEL ORDER |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Marvin Largo Tamonte may travel outside the Northern District of California, from June 19 through June 23, 2008, to Aliso Viejo in Orange County, California, to visit family.

Pretrial Services Officer Paul Mamaril advised that Marvin Tamonte is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein. Marvin Tamonte agrees that prior to travel he must provide Pretrial Services with his itinerary and contact information prior to travel.

/S/JAMES BUSTAMANTE　　　　　　　　/S/JAMES MANN
JAMES BUSTAMANTE　　　　　　　　　　JAMES MANN
Attorney for Defendant TAMONTE　Assistant U.S. Attorney
Dated:　June 17, 2008　　　　　　Dated:　June 17, 2008

**IT IS SO ORDERED.**

Dated: June 17, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge