**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/8/08

CR 07-00792SBA             JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

TAMONTE                    Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u>JAMES MANN</u>              <u>    JAMES BUSTAMONTE    </u>
U.S. ATTORNEY              ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark        <u>   IRENE RODRIQUEZ   </u>
                                   Court Reporter

 Interpreter                     Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   <u>TRIAL SETTING - HELD</u>

**RESULT OF HEARING:**   <u>COURT FINS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF COUNSEL UNTIL 9/16/08</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to <u> 9/16/08 </u> for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due <u> 8/26/08 </u> Motions in limine/objections to evidence due <u> 9/2/08 </u>
Responses to motions in limine and/or responses to objections to evidence due <u> 9/9/08 </u>
Case Continued to <u> 9/29/08 </u> for Trial(Court/<u>Jury: 6-7</u> Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: