JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:     Stephen.Corrigan@usdoj.gov
                James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-0792 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING |
| v. | ) ) | ON DECEMBER 2, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| MARVIN L. TAMONTE, | ) ) | TRIAL ACT |
| Defendant. | ) ) ) ) | Date: September 16, 2008<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on September 16, 2008 before this Court for a pre-trial conference and September 29, 2008 for trial. The parties request that this Court vacate those dates and set this matter for change of plea and sentencing on December 2, 2008 at 11:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and December 2, 2008.

The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 2, 2008 & TO EXCLUDE TIME
No. CR-07-0792 SBA

1  the preparation of a Presentence Investigation Report by the United States Probation Office, the
2  parties request that this matter be set on December 2, 2008 at 11:00 a.m. for change of plea and
3  sentencing (assuming the proposed plea agreement is acceptable to the Court).  Since the
4  proposed plea agreement has been submitted to the Court, the parties further stipulate and agree
5  that the time between August 4, 2008 and December 2, 2008 should be excluded under the
6  Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for consideration by the
7  Court of a proposed plea agreement to be entered into by the defendant and the attorney for the
8  government.

10  DATED: August 5, 2008

13  /s/                                                                        /s/
    STEPHEN G. CORRIGAN                              JAMES BUSTAMANTE
    JAMES C. MANN                                         Counsel for Marvin L. Tamonte
14  Assistant United States Attorneys
    Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARVIN L. TAMONTE,<br><br>    Defendant. | No. CR-07-0792 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON DECEMBER 2, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   September 16, 2008<br>Time:  11:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

    The parties jointly requested that pre-trial conference and the trial date in this matter be vacated and that this matter be set for change of plea and sentencing on December 2, 2008 at 11:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between August 4, 2008 and December 2, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on December 2, 2008 at 11:00 a.m., and that time between August 4, 2008 and December 2, 2008 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for

1 consideration by the Court of a proposed plea agreement to be entered into by the defendant and
2 the attorney for the government. The pre-trial conference and the trial date in this matter are also
3 vacated.
4      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
5 Presentence Investigation Report.

7 DATED:_____                       _____
                                                          HON. SAUNDRA BROWN ARMSTRONG
8                                                           United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON DECEMBER 2, 2008 & TO EXCLUDE TIME
No. CR-07-0792 SBA