UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  v.<br><br>MARVIN LARGO TAMONTE,<br><br>    Defendant.<br>_____/ | CR 07-0792 SBA<br><br>STIPULATION AND<br>TRAVEL ORDER |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Marvin Largo Tamonte may travel outside the Northern District of California, from August 21 through September 5, 2008, to Mililani Town, Hawaii. He will be staying with family.

Pretrial Services Officer Paul Mamaril advised that Marvin Tamonte is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein. Marvin Tamonte agrees that prior to travel he must provide Pretrial Services with his itinerary and contact information prior to travel.

/S/JAMES BUSTAMANTE  
JAMES BUSTAMANTE  
Attorney for Defendant TAMONTE  
Dated: August 5, 2008

/S/JAMES MANN  
JAMES MANN  
Assistant U.S. Attorney  
Dated: August 5, 2008

**IT IS SO ORDERED.**

Dated: 8/11/08

WAYNE D. BRAZIL  
United States Magistrate Judge