JAMES BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
MARVIN LARGO TAMONTE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 07-00792-01 SBA |
| v. | ORDER GRANTING DEFENDANT MARVIN TAMONTE'S MOTION FOR ORDER TO |
| MARVIN LARGO TAMONTE, | FILE EXHIBIT UNDER SEAL |
| Defendant. | |

Upon the motion of defendant Marvin Tamonte, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Marvin Tamonte's Motion for Order to File Exhibit Under Seal, including a second letter memorandum by Psychologist Robert Field, Ph.D., be filed under seal of the Court.

Dated: 12/16/08

_____
SAUNDRA BROWN ARMSTRONG, Judge
United States District Court